UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | Case No. 7:24-cr-01258-1 |
| | § | |
| **VICTOR HUGO DE LA CRUZ** | § | |

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

Jesus "Jesse" Contreras, Defendant's attorney of record in the above-styled and numbered cause, files this Motion to withdraw and in support shows the following:

I.

Movant filed a notice of appearance for Victor Hugo De La Cruz. Movant believes there is good cause to withdraw for the following reasons:

(a.) On September 13, 2024, Defendant hired another attorney. Movant is respectfully asking the Court to grant the motion to withdraw as attorney of record.

II.

The withdrawal is not sought for delay. Movant's withdrawal will not adversely affect or delay the interest of justice.

MOVANT PRAYS this Court grant all relief requested in this Motion or, in the alternative, this Court set this Motion for a hearing and at the conclusion of the hearing the Court grant all requested relief.

Respectfully submitted,
JESSE CONTRERAS LAW FIRM
5400 S. Jackson Rd.
Edinburg, Texas 78539
Tel.: (956) 502-5777
Fax: (956) 307-5058
Email: office@jessecontreras.law

By: /s/ *Jesus "Jesse" Contreras*
JESUS "JESSE" CONTRERAS
Texas State Bar No. 00793142
Federal Bar Number 20907

## Certificate of Service

       I hereby certify that on this 13th day of September, 2024 I electronically filed a Motion to Withdraw with the Clerk of the Court using the CM/ECF System which will automatically send e-mail notification of such filing to AUSA and to all counsel of record.

Karla Alejandra Andrade
US Attorney's Office
600 E. Harrison St.
Ste 201
Brownsville, TX 78520
956-548-2554
Email: karla.andrade@usdoj.gov

/s/ *Jesus Contreras*
Jesus Contreras